# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Messitte, Peter J. | **2. Court or Organization**<br><br>U.S. District Court | **3. Date of Report**<br><br>06/20/2017 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Senior | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☑ Amended Report | **6. Reporting Period**<br><br>01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

U.S. Courthouse
6500 Cherrywood Lane
Greenbelt, MD 20770

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor of Law | American University Washington College of Law |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 01/01/04 | Pension Plan - State of Maryland Judiciary |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Messitte, Peter J. | 06/20/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2014 | State of Maryland Judiciary - Pension Payments | $53,623.00 |
| 2. | 2014 | American University Washington College of Law - Teaching | $12,000.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Perez, Bustamante & Ponce Law Firm, University of San Francisco Law School & Others | 3/21/16-3/23/16 | Quito, Ecuador | Educational Seminar | Transportation, Meals, Hotel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Messitte, Peter J. | 06/20/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Messitte, Peter J. | 06/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America | A | Interest | K | T | | | | | |
| 2. Capital One Bank, Chevy Chase, MD | A | Interest | N | T | | | | | |
| 3. Sun Trust Bank, Chevy Chase, MD | A | Interest | L | T | | | | | |
| 4. PJM/IRA (Wells Fargo) (same as #5 to #33) | D | Dividend | N | T | Redeemed (part) | 12/31/16 | J | | |
| 5. American Funds: Euro Pacific Growth Fund Cl A | A | Dividend | J | T | | | | | |
| 6. Fed Eq Fds. Kaufman Large Cap Fd | A | Dividend | J | T | Sold (part) | 07/06/16 | J | A | See Part VIII |
| 7. Royce Penn Mutual Fund | A | Dividend | J | T | Sold | 11/15/16 | J | A | |
| 8. Blackrock US Opp. Portfolio Fd | A | Dividend | K | T | Sold (part) | 11/15/16 | J | A | |
| 9. Blackrock Global Alloc. Fd | A | Dividend | J | T | Sold | 07/06/16 | K | A | |
| 10. American Funds Growth Fd of Am ClF2 | A | Dividend | K | T | Sold (part) | 06/22/15 | K | A | See Part VIII |
| 11. Henderson Int Opp Fd Cl W | A | Dividend | J | T | | | | | |
| 12. Lord Abbett Dev Growth Fd Cl F | A | Dividend | K | T | | | | | |
| 13. MFS Value Fd Cl A | A | Dividend | K | T | Sold (part) | 11/15/16 | J | A | |
| 14. Oppenheimer Dev Mkts Fd Cl Y FDS | A | Dividend | J | T | | | | | |
| 15. Thornburg Inv Inc Bldr Fd Cl I | A | Dividend | K | T | Sold (part) | 07/06/16 | K | A | |
| 16. Thornburg Inv. Inc. Bldr Fd Cl I | A | Dividend | K | T | Sold (part) | 11/15/16 | K | A | |
| 17. John Hancock Disc Val MDCP | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Messitte, Peter J. | 06/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Loomis Sayles Strategic Inc Y | A | Dividend | J | T | Sold | 07/06/16 | K | A | |
| 19. Unit AAM Corporate Navellier Dial High Income 58F | A | Interest | J | T | Sold | 07/07/16 | J | A | |
| 20. First Trust Sabrient Small Cap. Growth | A | Dividend | J | T | Buy | 05/05/16 | J | | |
| 21. First Trust Sabrient Small Cap Growth | A | Dividend | J | T | Redeemed (part) | 05/09/16 | J | A | |
| 22. John Hancock Fds. Int. Growth | A | Dividend | J | T | | | | | |
| 23. First Trust Dorsey Wright Rel. | A | Dividend | K | T | Buy | 10/21/16 | K | | |
| 24. First Trust Dorsey Wright Rel. | A | Dividend | K | T | Redeemed (part) | 10/25/16 | K | A | |
| 25. Baron Inv. Fds. Tr. Growth Fd. | A | Dividend | J | T | Buy | 07/06/16 | J | | |
| 26. Baron Inv. Fds. Tr. Growth Fd. | A | Dividend | J | T | Sold (part) | 11/30/16 | J | A | |
| 27. Mainstay Fds. Tax-Free Bd Fd C1 | A | Dividend | J | T | Buy | 07/06/16 | J | | |
| 28. Putnam Asset Alloc. Fd Dynamic Asset | A | Dividend | J | T | Buy | 07/06/16 | J | | |
| 29. Ridgeworth Fds. Int Equity Fd | A | Dividend | J | T | Buy | 07/06/16 | J | | |
| 30. Ridgeworth Fds. Ceredex Mid-Cap Value | A | Dividend | K | T | | | | | See Part VIII |
| 31. Touchstone Strategic Tr Focused Fd Y | A | Dividend | J | T | Buy | 07/06/16 | J | | |
| 32. Stadion Inv. Tr. Tactical Growth Fd. | A | Dividend | J | T | Buy | 07/06/16 | J | | |
| 33. Neuberger Berman Equity Inc. Fd. | A | Dividend | J | T | Buy | 07/06/16 | J | | |
| 34. SM/IRA (Wells Fargo) (same as #35 to #40) | A | Dividend | K | T | Redeemed (part) | 12/31/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Messitte, Peter J. | 06/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Blackrock US Opp Portfolio Fd | A | Dividend | J | T | Sold (part) | 11/15/16 | J | A | |
| 36. Fd Eq Fds. Kaufmann Lge Cap Fd Inst C1 | A | Dividend | K | T | Sold (part) | 11/15/16 | J | A | |
| 37. Oppenheimer Dev. Mkts C1 Y FDS | A | Dividend | J | T | | | | | |
| 38. First Trust Sabrient Bakers Dozen | A | Dividend | J | T | Buy | 09/14/16 | J | A | |
| 39. First Trust Sabrient Bakers Dozen | A | Dividend | J | T | Redeemed (part) | 09/16/16 | J | A | |
| 40. Putnam Asset Alloc Fd Dynamic Ass. | A | Dividend | J | T | Buy | 07/16/16 | J | A | |
| 41. SM/PJM (Wells Fargo) (same as #42 to #73) | E | Dividend | N | T | | | | | |
| 42. Royce Penn. Mutual Fund | A | Dividend | J | T | Sold | 07/06/16 | J | A | |
| 43. Henderson Global Income Fund | A | Dividend | J | T | | | | | |
| 44. American Income Co. Fd. of America, F2 | A | Dividend | K | T | Sold (part) | 07/06/16 | J | A | |
| 45. Blackrock Global Alloc. Fd, Inc. | A | Dividend | K | T | Sold | 07/06/16 | K | A | |
| 46. Blackrock US Opp Ins | A | Dividend | J | T | | | | | |
| 47. Delaware Diversified, Income Fd C 1A | A | Dividend | K | T | Sold | 12/22/16 | K | A | |
| 48. American Europacific Growth Fd F2 | A | Dividend | J | T | | | | | |
| 49. American Funds Growth Fd. of Amer Class F2 | A | Dividend | K | T | | | | | |
| 50. American Fds. Inv. Co. of Amer C1 F2 | A | Dividend | K | T | | | | | |
| 51. Lord Abbett Dev Growth Fd C1 F | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Messitte, Peter J. | 06/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. MFS Value I (ME11X) | A | Dividend | K | T | Sold (part) | 07/06/16 | J | A | |
| 53. Invesco Eq & Inc Fd C1 Y | A | Dividend | K | T | | | | | |
| 54. John Hancock Disc Val Mid Cap Fd | A | Dividend | J | T | | | | | |
| 55. Loomis Sayles Strat Inc. Y | A | Dividend | K | T | Sold | 07/06/16 | K | C | |
| 56. Unit AAM Corporate Dial High Inc 58 | A | Interest | J | T | | | | | |
| 57. First Tr. Dorsey Wright Rel. | A | Interest | K | T | Buy | 10/21/16 | K | | |
| 58. Fd Eq. Fds Kaufmann Lge Cap Fd. C1 1 | A | Dividend | J | T | | | | | |
| 59. First Trust Sabrient Small Cap Growth | A | Dividend | J | T | Buy | 05/05/16 | J | | |
| 60. First Trust Sabrient Small Cap. Growth | A | Dividend | J | T | Redeemed | 05/09/16 | J | | |
| 61. John Hancock Fds. Int. Growth | A | Dividend | K | T | Sold | 12/22/16 | J | A | |
| 62. Baron Inv. Fds. Tr. Growth Fd. | A | Dividend | J | T | Buy | 07/06/16 | J | | |
| 63. Baron Inv. Fds. Tr. Growth Fd. | A | Dividend | J | T | Sold (part) | 11/30/16 | J | A | |
| 64. Mainstay Fds. Tax-Free Bd Fd C1 1 | A | Dividend | J | T | Buy | 07/06/16 | J | | |
| 65. Putnam Asset Alloc Fd. Dynamic Asset | A | Dividend | J | T | Buy | 07/06/16 | J | | |
| 66. Ridgeworth Fds. Intl. Eq. Fd C1 1 | A | Dividend | J | T | Buy | 07/06/16 | J | | |
| 67. Ridgeworth Fds. Ceredex Mid-Cap Value | A | Dividend | J | T | Buy | 06/03/15 | J | | See Part VIII |
| 68. Touchstone Strategic Tr. Focused Fd Y | A | Dividend | J | T | Buy | 07/06/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Messitte, Peter J. | 06/20/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Stadion Inv. Tr. Tactical Growth Fd. | A | Dividend | J | T | Buy | 07/06/16 | J | | |
| 70. Neuberger Berman Eq. Inc. Fds. | A | Dividend | J | T | Buy | 07/06/16 | J | | |
| 71. Guggenheim Under-Valued Top Picks | A | Dividend | K | T | Buy | 11/23/16 | J | | |
| 72. First Tr Emerging Port Mkts - Strength | A | Dividend | J | T | Buy | 12/22/16 | J | | |
| 73. First Tr Euro Deep Value Div | A | Dividend | J | T | Buy | 12/22/16 | J | | |
| 74. ▬▬▬▬▬ Rental Property | A | Rent | M | W | | | | | |
| 75. Maryland College Investment Plan #1 Portfolio 2021 (no control) | A | Interest | K | U | | | | | |
| 76. Maryland College Investment Plan #2 Portfolio 2021 (no control) | A | Interest | J | U | | | | | |
| 77. Maryland College Investment Plan #3 Portfolio 2021 (no control) | A | Interest | J | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Elaboration of Part VII

#6    -    The correct name of this asset is "Federated  Eq. Fds. Kaufman Large Cap Fd."

#10 & #49    -    The correct name of this asset is "American Funds Growth Fund of America C1 F2."

#30 & #67    -    The correct name of this asset is "Ridgeworth Fds. Ceredex Mid-Cap Value."

#50    -    The correct name of this asset is "American Fds. Inv. Co. of America C1 F2."

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Peter J. Messitte**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544